UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HECNY TRANSPORTATION LIMITED, et al. | Civil No. 08-1343 |
| vs. | Order of Reassignment |
| SUMMIT GLOBAL LOGISTICS, et al. | |

It is on this  27TH  day of March, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE JOSE L. LINARES TO JUDGE JOSEPH A. GREENAWAY, JR.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT